No. 86–719.  EDWARDS, ADMINISTRATRIX FOR THE ESTATE OF EDWARDS v. EDWARDS.  Appeal from Sup. Ct. Tenn. dismissed for want of jurisdiction.  Treating the papers whereon the appeal was taken as a petition for writ of certiorari, certiorari denied.

No. 86–5782.  HARRIS v. MENENDEZ.  Appeal from C. A. 11th Cir. dismissed for want of jurisdiction.  Treating the papers whereon the appeal was taken as a petition for writ of certiorari, certiorari denied.

No. 86–359.  CASTRO GONZALEZ v. PUERTO RICO ET AL.  Appeal from Super. Ct. Puerto Rico dismissed for want of substantial federal question.

No. 86–581.  NEW YORK STATE RESTAURANT ASSN., INC., ET AL. v. CITY OF NEW YORK ET AL.  Appeal from App. Div., Sup. Ct. N. Y., 1st Jud. Dept., dismissed for want of substantial federal question.

No. 86–799.  FISHER v. COPLEY PRESS, INC., ET AL.  Appeal from Ct. App. Cal., 4th App. Dist., dismissed for want of substantial federal question.

No. 86–5670.  LOWERY v. NELSON ET AL.  Appeal from Ct. App. Wash. dismissed for want of substantial federal question.

No. 86–686.  HYDROPOOL & COGENERATION SERVICES, INC. v. CALIFORNIA PUBLIC UTILITIES COMMISSION ET AL.  Appeal from Sup. Ct. Cal. dismissed for want of jurisdiction.  JUSTICE BLACKMUN took no part in the consideration or decision of this case.

No. 86–712.  BUTCHER ET UX. v. DEPARTMENT OF THE TREASURY, REVENUE DIVISION, FOR THE STATE OF MICHIGAN, ET AL. Appeal from Sup. Ct. Mich. dismissed for want of properly presented federal question.

No. 86–759.  REARDON v. REARDON ET AL.  Appeal from D. C. N. J. dismissed for want of jurisdiction.